UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
*ATTORNEYS FOR THIRD-PARTY DEFENDANT*
*J.F. SHEA CONSTRUCTION, INC.*
58 South Service Road, Suite 410
Melville, New York 11747
(631) 247-0404
     MARC S. WENGER, ESQ.
     KIMBERLY N. DOBSON, ESQ.
     TIMOTHY DOMANICK, ESQ.

----------------------------------------------------------------X

PIA HOFMANN,

                         Plaintiff,

         -against-

SCHIAVONE CONTRACTING CORP.,
SCHIAVONE CONSTRUCTION CO. LLC,
JOHN HASSLER, AND INTERNATIONAL
UNION OF OPERATING ENGINEERS
LOCAL 14-14B,

                       Defendant.

Civ. No.:  Civ. No.:  11-2346
(MKB)(RLM)

----------------------------------------------------------------X

JOHN HASSLER,

                Third-Party Plaintiff,

         -against-

SKANSKA USA CIVIL NORTHEAST,
INC., AND J.F. SHEA CONSTRUCTION,
INC.,

             Third-Party Defendants.

----------------------------------------------------------------X

**THIRD-PARTY DEFENDANT J.F. SHEA CONSTRUCTION, INC.'S CERTIFICATE**
**PURSUANT TO RULE 7.1 OF THE FEDERAL**
**RULES OF CIVIL PROCEDURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, Third-Party Defendant, J.F. SHEA CONSTRUCTION, INC., by its undersigned counsel, hereby certifies that it is a privately-held corporation with no publicly held corporation owning ten percent (10%) or more of its stock.   J.F. SHEA CONSTRUCTION, INC. identifies the following entity as its parent corporation: J.F. Shea Co., Inc.

Dated: Melville, New York
      June 7, 2012

Respectfully submitted,

JACKSON LEWIS LLP
*ATTORNEYS FOR THIRD-PARTY DEFENDANT*
*J.F. SHEA CONSTRUCTION, INC.*
58 South Service Road, Suite 410
Melville, New York 11747
(631) 247-0404

By:    _____
     Marc S. Wenger, Esq.
     Kimberly N. Dobson, Esq.
     Timothy Domanick, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June, 2012, the THIRD-PARTY DEFENDANT J.F. SHEA CONSTRUCTION, INC.'S CERTIFICATE PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE was electronically filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, the Eastern District's Local Rules, and the Eastern District's Rules on Electronic Service upon the following parties and participants:

Michael G. O'Neill, Esq.
*ATTORNEY FOR PLAINTIFF*
30 Vesey Street, Third Floor
New York, New York  10007

James M. Steinberg, Esq.
*ATTORNEY FOR DEFENDANT I.U.O.E. LOCAL 14-14B*
603 Warburton Avenue
Hastings-on-Hudson, New York 10706

Joseph H. Green, Esq.
*ATTORNEY FOR DEFENDANT HASSLER*
160 Broadway, Suite 500
New York, New York  10038

_____
Timothy Domanick, Esq.

4837-7231-9503, v. 1

3